# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No.      08-15245-BKC-AJC
                                                Chapter        7
NOYA, AURELIO

_____Debtor._____/

*# 289908*

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 1 1 2011

FILED_____ RECEIVED_____

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(x )    The trustee has a balance of $39.68   remaining in the trustee's account which
represents unpresented checks drawn and mailed to entities pursuant to the final
distribution under U.S.C. '' 726, 1226 or 1326 in a case under chapter 7, 12 or
13 of title 11.  The  trustee has made a good faith effort to verify the correct
mailing addresses for said entities and deliver the funds before presenting this
notice.  More than sufficient time has passed for these checks to be presented for
payment; or

()      The trustee has a balance of $0.00 remaining in the trustee's account which
represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the
names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above stated sum has been
deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect
closing of this estate.

Dated:  March 8, 2011

/S/
Marcia T. Dunn, Trustee
P.O. Box 561507
Miami, Florida 33256-1507
Telephone: (305) 275-2733
Facsimile: (305) 275-2732
mdunn@ryan-dunn.com

LF-26 (rev. 12/01/02)

SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

The Residence at Whispering
Pines Condo Assoc Inc.
c/o Frank P. Rainer
411 E. College Ave
Tallahassee, FL 32301

KINGCADE & GARCIA, PA
ATTN: TIMOTHY KINGCADE
1370 CORAL WAY
MIAMI, FL 33145

NOYA, AURELIO
6900 S.W. 95 AVENUE
MIAMI, FL 33173-2255

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
CASE NO. 08-15245-BKC-AJC

| Creditor | Claim No. | Amount Paid |
|---|---|---|
| The Residence at Whispering Pines Condo Assoc Inc. c/o Frank P. Rainer 411 E. College Ave Tallahassee, FL 32301 | 9 | 39.68 |

LF-26 (rev. 12/01/02)